# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 5, 2024

## NO. 03-21-00005-CV

**J-W Power Company, Appellant**

**v.**

**Irion County Appraisal District, Appellee**

**APPEAL FROM THE 51ST DISTRICT COURT OF IRION COUNTY
BEFORE CHIEF JUSTICT BYRNE, JUSTICES KELLY AND SMITH
AFFIRMED ON REMAND -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on December 8, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.